# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
MICAH CROCKETT AND DOMINIQUE MOSLEY

**DEFENDANTS**
CHICAGO POLICE OFFICERS DEROIN, T.O. (STAR 7619), PLEBANSKI, D.J. (STAR 12972) JOHN DOE #1 JOHN DOE #2, THE CITY OF CHICAGO

**(b)** County of Residence of First Listed Plaintiff: COOK COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: COOK COUNTY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
CIVIL RIGHTS CENTER, P.C.
4554 N. BROADWAY ST., SUITE 325
CHICAGO, ILLINOIS 60640   773-807-0930

Attorneys (If Known)

## II. BASIS OF JURISDICTION
☒ 3. Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
440 Other Civil Rights

## V. ORIGIN
☒ 1. Original Proceeding

## VI. CAUSE OF ACTION
Civil Actions against D's for committing acts under the color of law, and depriving P rights secured by the U.S. Constitution

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT
JURY DEMAND: ☒ Yes ☐ No

## IX. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 08/14/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Brendan Shiller

FILED: AUG 14, 2008
08 CV 4622
JUDGE GRADY
MAGISTRATE JUDGE KEYS
RCC