## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Micah Crockett & Dominique Mosley
v. Chicago Police Officers Deroin, T.H. (star 7619), Plebanski, D.J. (star 12072), John Doe 1, John Doe 2, and The City of Chicago

Case Number:
FILED: AUG 14, 2008
08 CV 4622
JUDGE GRADY
MAGISTRATE JUDGE KEYS
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICAH CROCKETT & DOMINIQUE MOSLEY

| | |
|---|---|
| NAME (Type or print) <br> BRENDAN SHILLER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ BRENDAN SHILLER | |
| FIRM <br> CIVIL RIGHTS CENTER, P.C. | |
| STREET ADDRESS <br> 4554 N. BROADWAY ST. SUITE 325 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279789 | TELEPHONE NUMBER <br> 773-907-0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |