## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Micah Crockett & Dominique Mosley v. Chicago Police Officers Deroin, T.H. (star 7619), Plebanski, D.J. (star 12072), John Doe 1, John Doe 2, and The City of Chicago | FILED: AUG 14, 2008<br>08 CV 4622<br>JUDGE GRADY<br>MAGISTRATE JUDGE KEYS<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICAH CROCKETT & DOMINIQUE MOSLEY

| | |
|---|---|
| NAME (Type or print)<br>JON F. ERICKSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ JON F. ERICKSON | |
| FIRM<br>CIVIL RIGHTS CENTER, P.C. | |
| STREET ADDRESS<br>4554 N. BROADWAY ST. SUITE 325 | |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6205277 | TELEPHONE NUMBER<br>773-907-0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |